## Klauder et al., Appellants, *v.* Philadelphia Newspapers, Inc. et al.

Argued March 22, 1974. *Joseph D.*

*Shein*, with him *Samuel Gorson*, and *Shein & Brookman*, for appellants; *David H. Marion*, with him *Harold E. Kohn*, and *Samuel E. Klein*, for appellees.
Order affirmed.